**Order entered December 2, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00569-CR
### No. 05-15-00570-CR

## EARNEST OLIVARREZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-55982-J, F14-59073-J**

## ORDER

The Court **GRANTS** appellant's November 30, 2015 second motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/     ADA BROWN
          JUSTICE